UNITED STATES DISTRICT COURT

For the Southern District of Texas

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

FEB 2 3 2026

NATHAN OCHSNER
CLERK OF COURT

-----------------------------------------------------------------------

Anthony Mills

                              Plaintiff

              v.                                    Complaint

                                        Case No. B-26-219

Arlene Bluth

                        Defendant

-----------------------------------------------------------------------

1. Defendant conspired with individuals in depriving due process rights, Defendant failed to dismiss

100269/2023, causing unreasonable cost to the parties,

2. This Court has jurisdiction under federal law,

3. Plaintiff demands jury trial and $1 Million against Defendant.


Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Executed on: 2/1/26

Anthony Mills
18 Marine Corps Dr,
Tamuning, Guam 96901

NEW YORK NY 100

17 FEB 2026 PM 6 L



UNITED STATES
OF AMERICA
FOREVER/USA

US District Court Clerk's Office
600 E. Harrison St.
Brownsville, TX 78520